```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 19142
   COURTLAND D WILSON
   MONET S WILSON                                CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3971      SSN XXX-XX-3572

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/25/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 11/14/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG         .00           .00            .00
LASALLE NATIONAL           CURRENT MORTG         .00           .00            .00
SANTANDER CONSUMER USA     SECURED VEHIC    21735.00           .00        1098.06
SANTANDER CONSUMER USA     UNSECURED          468.05           .00            .00
EVERHOME MORTGAGE          CURRENT MORTG         .00           .00            .00
FIRST MIDWEST BANK         CURRENT MORTG         .00           .00            .00
FORD MOTOR CREDIT          SECURED VEHIC    15234.68           .00         852.34
FORD MOTOR CREDIT          UNSECURED       NOT FILED           .00            .00
BALLY TOTAL FITNESS        UNSECURED       NOT FILED           .00            .00
BANK OF AMERICA NA         UNSECURED       NOT FILED           .00            .00
CAPITAL ONE                UNSECURED         3797.55           .00            .00
CITIFINANCIAL MTG          UNSECURED       NOT FILED           .00            .00
LVNV FUNDING               UNSECURED        12299.86           .00            .00
PRA RECEIVABLES MGMT       UNSECURED         2875.14           .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00            .00
EQUINOX                    NOTICE ONLY     NOT FILED           .00            .00
FIRST USA BANK             UNSECURED       NOT FILED           .00            .00
PRA RECEIVABLES MGMT       UNSECURED          477.86           .00            .00
ISAC                       UNSECURED         5358.66           .00            .00
II DESIGNATED              UNSECURED       NOT FILED           .00            .00
LANE BRYANT                UNSECURED       NOT FILED           .00            .00
NATIONAL CREDIT ACCEPTAN   NOTICE ONLY     NOT FILED           .00            .00
NICOR GAS                  UNSECURED       NOT FILED           .00            .00
NORTHLAND GROUP            NOTICE ONLY     NOT FILED           .00            .00
R G CROWN BANK             NOTICE ONLY     NOT FILED           .00            .00
US DEPT OF EDUCATION       UNSECURED        48494.91           .00            .00
WELLS FARGO ED FIN SVC     UNSECURED         1344.96           .00            .00
WEST ASSET MANAGEMENT IN   NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO ED FIN SVC     UNSECURED        10309.67           .00            .00
DYCK O'NEIL INC            MORTGAGE NOTI   NOT FILED           .00            .00
NATIONAL CREDIT ACCEPTAN   SECURED NOT I    13482.15           .00            .00
CITIMORTGAGE               SECURED NOT I     4950.49           .00            .00
PRA RECEIVABLES MGMT       UNSECURED        34745.61           .00            .00
CHASE BANK USA             UNSECURED         1752.39           .00            .00
CITIBANK NA                UNSECURED         5282.17           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 19142 COURTLAND D WILSON & MONET S WILSON
```

```
CITIBANK NA               UNSECURED        5026.59              .00           .00
LEGAL HELPERS PC          DEBTOR ATTY      2,546.98                            .00
TOM VAUGHN                TRUSTEE                                           169.60
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  2,120.00

PRIORITY                                            .00
SECURED                                        1,950.40
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             169.60
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                   2,120.00              2,120.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 02/24/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```